No. 33—2429. Proctor v. Einstein. This was an action by appellee, as payee of a check upon a bank, against appellant, as the drawer of such check. The plaintiff below had judgment for the amount of check and interest, and the defendant prosecutes this appeal. The bill of exceptions expressly states that it contains all the evidence given at the trial. It is well settled in this State, that if it appear in such case that the verdict or finding was wholly unsupported as to any essential element of a cause of action, the judgment must be reversed. It was essential that the plaintiff prove upon the trial, either the presentment of the check at the bank within

a reasonable time, and notice of payment being refused, to the drawer, or show, by facts and circumstances, that the latter was not injured by failure to so present it. Stevens v. Park, 73 Ill. 387. There was no evidence, at the trial, upon either point; for that reason no cause of action was shown, and the judgment below must· be reversed and cause remanded. Opinion PER CURIAM. Judge below, ELLIOTT ANTHONY. Attorneys, for appellant, Mr. E. J. WHITEHEAD ; for appellee, Mr. B. M. SHAFFNER. Opinion filed Nov. 8, 1886.